IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID E. ISRINGHAUSEN,

        Petitioner,

   vs.

MARK NOOTH,

        Respondent.

O R D E R
Civ. No. 07-1261-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on February 3, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

    Petitioner has timely filed objections (doc. 59). I have, therefore, given the file of this case a _de novo_ review. I ADOPT the Magistrate's Findings and Recommendation (doc. 58) that

1 - ORDER

petitioner's habeas petition (doc. 2) is denied.  This case is dismissed.

IT IS SO ORDERED.

Dated this 16 day of March 2010.

_____
Ann Aiken
United States District Judge

2 - ORDER